UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUILLERMO VIEYRA SALAS,

    Defendant.

Case No. MJ22-503 MAT*SEALED*

DETENTION ORDER

Mr. Vieyra Salas is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and § 846. The Court held a detention hearing on October 20, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Vieyra Salas stipulated to detention.

3. Mr. Vieyra Salas poses a risk of nonappearance based on criminal activity while under court jurisdiction, pending charges, pending removal proceedings, and he was not interviewed so his background and ties to this district are unknown.

4. Mr. Vieyra Salas poses a risk of danger due to the nature of the instant offense,

DETENTION ORDER - 1

prior weapon possession, and criminal activity while under court jurisdiction.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Vieyra Salas's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Vieyra Salas as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Vieyra Salas shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Vieyra Salas shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Vieyra Salas is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

Dated this 20th day of October, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3